UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-14094-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

VICTOR HUGO RODRIGUEZ,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on January 20, 2011. A Report and Recommendation was filed on January 28, 2011, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Count One and Count Two of the Indictment which charges the Defendant in Count One with conspiracy to distribute and possess with intent to distribute five hundred (500) grams or more of cocaine hydrochloride, in violation of Title 21, United States Code, Section 846; and in Count Two with possession with intent to distribute five hundred (500) grams or more of cocaine hydrochloride, in violation of Title 21, United States Code, Section 841.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of February, 2011.

                        JOSE E. MARTINEZ
                        UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office